UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

WILLIE E. CLAY                                                                               PETITIONER

V.                                                                    CIVIL ACTION NO. 4:07CV45 DPJ-JCS

CHRISTOPHER EPPS                                                                         RESPONDENT

## JUDGMENT

Having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and having adopted same as the opinion of this Court, the Court finds that the same entire action should be dismissed with prejudice.

THEREFORE, IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of the defendants, and that this action is dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 19th day of March, 2008.

                                                    s/ *Daniel P. Jordan III*
                                                   UNITED STATES DISTRICT JUDGE